# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&R SURGICAL INSTITUTE, an unincorporated association;<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; DATA ISIGHT, a business entity form unknown; and DOES 1 through 20 inclusive;<br><br>Defendants. | Case No.   2:23-cv-06919-SB-AGR<br><br>Assigned to: Judge Stanley Blumenfeld, Jr.<br><br>**ORDER ON STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)]**<br><br>Complaint Filed:      05/11/2023<br>Removal Date:        08/22/2023<br>Responsive Pleading: 08/22/2023<br>Trial Date:          Not Set |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  Any scheduled hearing is vacated and any outstanding order to show cause is discharged.  The Clerk is directed to close the file.

Dated: September 28, 2023

Stanley Blumenfeld, Jr.
United States District Judge